# United States District Court
## For The Western District of North Carolina
### Charlotte Division

Anita Hutchens Wallace,

        Plaintiff(s),                     JUDGMENT IN A CIVIL CASE

vs.                                     3:12cv134

Michael Astrue,
Commissioner of Social Security,

        Defendant(s).

DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 11/26/2012 Order.

Signed: November 26, 2012

Frank G. Johns, Clerk
United States District Court